ROSALYN C. NASH, Respondent, *v.* JAMES H. NASH, Appellant.

(Argued January 18, 1933; decided February 28, 1933.)

*J. Harlin O'Connell* for appellant.

*Maxwell H. Goldstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.